FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-CR-6038-SMJ |
| Plaintiff, | |
| v. | **ORDER** |
| CATHERINE ANN TOWNSEND, | |
| Defendant. | |

Before the Court, without oral argument, is the United States Attorney's Office's Motion for Protective Order, ECF No. 37. The Court is fully informed and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**: USAO's Motion for Protective Order, **ECF No. 37**, is **GRANTED.** The Court enters the discovery protective order at **ECF No. 37-1.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of January 2016.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Criminal\2015\USA v C Townsend-6038\Ord Protective lc2 docx

ORDER **-** 1