FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:15-CR-6038-SMJ |
| Plaintiff, | PROTECTIVE ORDER AND ORDER TO |
| v. | DISCLOSE § 6103 INFORMATION |
| CATHERINE ANN TOWNSEND, | |
| Defendant. | |

Pursuant to the motion of the United States, Federal Rule of Criminal Procedure 16(d), and to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations,

IT IS HEREBY ORDERED that the Defense, which includes the Defendant, the Defendant's counsel, and the Defendant's counsel's assistants shall not, without prior approval of this Court or as set forth herein, disclose the substance of any discovery material received from the United States in the above-captioned matter to any third party, unless such material is already a matter of public record.

IT IS FURTHER ORDERED that any discoverable documents that were filed under seal are unsealed for the limited purpose of allowing the United States to provide them to the Defense in discovery and to the extent that any of the criminal discovery

materials contain any individual's personal information, the Defense shall redact any filings referencing or containing said materials.

Under 26 U.S.C. § 6103(h)(4)(D),

IT IS FURTHER ORDERED that the United States shall produce to the Defendant discovery materials under Rule 16 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3500 that include tax return information protected by 26 U.S.C. § 6103(a). Disclosure of tax return information in a federal judicial proceeding may be authorized by court order under 26 U.S.C. § 6103(h)(4)(D).

Under Rule 16(d) of the Federal Rules of Criminal Procedure,

IT IS FURTHER ORDERED that the United States, which includes the United States Attorney, the Special Assistant United States Attorneys assigned to this case, and other assistants to the United States, and the Defense, which includes the Defendant, the Defendant's counsel, and the Defendant's counsel's assistants shall not disclose the substance of any discovery material produced to the Defendant or obtained by the United States from the Defendant--unless such material is already a matter of public record--to representatives of the media or other third parties not involved in the investigation or prosecution of the case.

Nothing contained herein shall prevent the Defendant or the Defendant's counsel from disclosing such discovery material to other attorneys, private investigators, experts, secretaries, law clerks, paralegals, or other persons who are working for the Defendant and their counsel (collectively referred to as "the Defense") in the investigation or preparation of this case without prior court order, provided that the Defense informs any such individual(s) of this Order and obtains his or her written agreement to be bound by its terms.

Further, nothing contained herein shall preclude the Defendant, the Defendant's counsel, or the Defendant's assistants from conducting a normal investigation of the facts of this case on behalf of the Defendant. Further, nothing contained herein shall preclude the United States and its assistants from continuing to investigate the facts of this case or from conducting an investigation of other criminal activity. In connection with any such investigation, it shall not be necessary that the United States or the Defense obtain prior permission of this Court. The Defense may show witnesses discovery materials as necessary for the preparation of the Defense, but may not give copies or the materials to witnesses absent further order of the Court.

Should counsel withdraw or be disqualified from participation in this case, any material received and any copies

derived therefrom shall be returned to the United States within ten days. Defense counsel shall be required to communicate the substance of this order and explain it to their client and assistants before disclosing the substance of the discovery to their client or assistants.

The Defense shall return any and all copies of the discovery to the United States within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

Each counsel of record shall sign a copy of this Protective Order, acknowledging its terms and agreeing to comply with them, and ensure that every member of his or her team is advised of the Order and agrees in writing to be bound by its terms.

IT IS SO ORDERED.

DATED: 01/04/2016    SIGNED: _____

HONORABLE Salvador Mendoza, Jr.
United States District Judge

4

ACKNOWLEDGEMENT

I have reviewed the foregoing protective order and I agree to be bound by its terms.

DATED: _____        SIGNED: _____

DATED: _____        SIGNED: _____

DATED: _____        SIGNED: _____